UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**AFFIDAVIT**

I, TFO David Stewart, being duly sworn, declare and state:

**TRAINING AND EXPERIENCE**

Your Affiant David M. Stewart is a Detective for the Bismarck Police Department. Your Affiant has been with the Bismarck Police Department since May 2012. Your affiant is currently assigned to the Metro Area Narcotics Task Force (MANTF) as a Drug Enforcement Administration (DEA) Task Force Officer (TFO). While employed as a Police Officer, your Affiant has received training to including: Highway Drug Interdiction, Advanced Road Side Impaired Driving Enforcement, BCI Basic Investigators Course, Advanced Narcotic Raids and Undercover Survival course, and Drug Enforcement Administration (DEA) Basic Drug Enforcement Investigator's School. Your affiant completed the North Dakota Law Enforcement Academy in 2012. Your Affiant has attended a two-week training sponsored by the DEA in the investigation of narcotics offenses including: the identification of substances, the methods of narcotics trafficking, the manufacture of narcotics, and methods used by those engaged in these activities. Your Affiant has also received training for the use of informants and narcotics investigation techniques. Your Affiant has also been instructed in the preparation of and service of search warrants and has assisted in the preparation and service of warrants. On October 10, 2017, Your Affiant was deputized as a DEA Task Force Officer pursuant to the authority granted to the Attorney General by Public Law 99-570, Section 1869 and delegated to the Administrator of the DEA, pursuant to Title 28, Code of Federal Regulations, subpart R, Section 0.100 et seq.

Through my investigations, my training and experience, and discussions with other law enforcement personnel, I have become familiar with the tactics and methods employed by the controlled substance traffickers to smuggle and safeguard controlled substances, to distribute controlled substances, and to collect and launder the proceeds from the sale of controlled substances.

## FACTS ESTABLISHING PROBABLE CAUSE

1. On June 5, 2024, Bismarck Police Department Detective Jerry Stein received narcotic trafficking information from a reliable Source of Information who wished to remain anonymous, (hereafter "SOI1"). SOI1 was an employee of an apartment complex in Bismarck, North Dakota. SOI1 had passed on reliable information to law enforcement officials in the past concerning narcotics trafficking activity at the apartment complex.

2. SOI1 believed a male, matching Kelvin BLUE's description, who was "either a pimp or a dealer," was staying in a specific apartment. The described male was driving a goldish/grey Yukon with North Dakota license # 883CJW. SOI1 readily identified an image of Kelvin Trovia BLUE (YOB: 1982) as the person SOI1 was referring to.

3. BLUE and several co-conspirators have been indicted in United States District Court for the District of North Dakota for the activity outlined in this document.

4. SOI1 explained the circumstances for SOI1's belief of the promoting prostitution ("pimp") and the drug distribution ("dealer"). The apartment had "traffic" and younger women coming and going. Your Affiant is aware "traffic" is slang for numerous short-term visitors. Short-term visits are common with drug distribution as both sellers and/or purchasers normally do not want to linger at the sales location.

5. On June 5, 2024, Detective Stein located two of BLUE's vehicles parked in front of the apartment described by SOI1.

6.      On June 5, 2024, Drug Enforcement Administration (DEA) Special Agent Muscha and Detective Stein met with a second Source of Information (hereinafter "SOI2"). SOI2 explained how Kelvin BLUE, known by SOI2 as "212," was selling pressed fentanyl pills in the Bismarck/Mandan community.

7.      SOI2 admitted to purchasing fentanyl pills from indicted co-conspirator #1]at the apartment described by SOI1. SOI2 described indicted co-conspirator #1 as an older black male. Law enforcement agents knew the identity of the individual residing at the described apartment and knew that person was commonly known by the nickname provided by SOI2. SOI2 identified an image of BLUE as indicted co-conspirator #1's source for fentanyl pills and knew BLUE would stay at indicted co-conspirator #1's apartment occasionally.

8.      SOI2 has a lengthy criminal history in North Dakota that includes convictions for driving related offenses, controlled substances, assault, reckless endangerment, endangerment of a child, and carrying a concealed weapon. SOI2 does not have any arrests or convictions in North Dakota for crimes of deception. SOI2 was providing information because SOI2 believed BLUE was attempting to have SOI2 become a prostitute.

9.      On June 5, 2024, Special Agent Muscha met with another Source of Information (hereinafter "SOI3"). SOI3 described how indicted co-conspirator #2 was selling pills for BLUE. SOI3 identified an image of BLUE as "212." SOI3 explained how BLUE was using at least two people living at an apartment in south Bismarck to sell fentanyl pills and methamphetamine.

10.     SOI3 has a lengthy criminal history in North Dakota that includes convictions for driving related offenses and drug/paraphernalia offenses. SOI3 has one conviction for False Information to Law Enforcement. In January 2024, SOI3 provided a false name to a patrol officer. This was done to conceal SOI3's own identity, not to implicate another person in a crime. SOI3 had also done this on previous occasions but was never criminally charged.

11.     SOI3's motivation from providing information to agents was the result of a search of SOI3's property. SOI3 was on state probation and during a compliance check SOI3 was found to be in possession of fentanyl paraphernalia. SOI3 also had active probation warrants for SOI3's arrest. SOI3 provided the information in exchange for possible leniency in any additional criminal charges or probation revocation.

12.     On July 31, 2024, SOI1 informed Detective Stein BLUE was now living in Mandan at 4302 Shoal Loop SE, Unit #102.

13.     On August 7, 2024, Courtney Leo BLINER, YOB 1978, was arrested in Bismarck for an outstanding warrant. BLINER was crossing the street on foot when he was stopped by Bismarck Police Department patrol officers.

14.      BLINER resisted arrest which resulted in officers having to use substantial force to place him into custody. BLINER initially ran from officers and then when caught, he resisted by pulling away and tensing up. Officers used joint manipulation and threatening the use of a Taser to gain compliance.

15.     BLINER was in possession of deliverable quantities of pressed fentanyl pills and methamphetamine. BLINER was also in possession of a stolen Sig Sauer semi-automatic pistol, serial # 52B247906. The pistol was concealed in the front waistband of BLINER's pants. The pistol had a loaded magazine and a bullet in the firing chamber.

16.     BLINER made statements to the officers. BLINER admitted he was planning on selling the methamphetamine and pressed fentanyl pills for profit. Bliner admitted to purchasing the pistol and claimed it was legal.

17.     BLINER was criminally charged in Burleigh County District Court with Possession of a Controlled Substance with the Intent to Deliver (methamphetamine with a firearm enhancement), Possession of a Controlled Substance with the Intent to Deliver (schedule II opiate, fentanyl, with a

firearm enhancement), Preventing Arrest, and Refusal to Halt. BLINER's criminal history did not prohibit him from possessing a firearm.

18. On August 7, 2024, SOI1 informed Detective Stein that indicted co-conspirator #1's apartment had been "busy" with short term traffic.

19. On August 14, 2024, SOI1 informed Detective Stein that BLUE was still living in the same apartment at 4302 Shoal Loop SE. SOI1 was still seeing BLUE's White Chevrolet Tahoe in the parking lot of the apartment building. SOI1 believed BLUE was living there with his pregnant girlfriend.

20. On August 20, 2024, SOI1 informed Detective Stein that there had been "half a dozen deals" at indicted co-conspirator #1's apartment.

21. On August 27, 2024, Detective Stein interviewed SOI3. SOI3 readily admitted to historically obtaining pounds of methamphetamine from indicted co-conspirator #2. SOI3 acknowledged he/she had recently been obtaining pressed fentanyl pills from indicted co-conspirator #2.

22. SOI3 had known indicted co-conspirator #2 for approximately one year. SOI3 was introduced to indicted co-conspirator #2 by Courtney BLINER, for the purpose of SOI3 purchasing methamphetamine. SOI3 admitted SOI3 was using and selling the methamphetamine SOI3 was purchasing from indicted co-conspirator #2. SOI3 was obtaining methamphetamine in weights up to and including one-half pound (226 grams) at a time.

23. SOI3 explained how indicted co-conspirator #2 was living at the Lewis and Clark apartments in Mandan but had moved to a residence located at 100 3rd Street SW in Mandan, Morton County, North Dakota.

24. SOI3 described how indicted co-conspirator #2 became affiliated with BLUE around November / December of 2023. SOI3 has since obtained methamphetamine and pressed fentanyl pills from both BLUE and indicted co-conspirator #2.

25. SOI3 described indicted co-conspirator #2 as BLUE's "right hand man" and his/her residence as BLUE's "stash house." SOI3 further explained how BLUE kept a small safe in indicted co-conspirator #2's residence. The safe contained methamphetamine and pressed fentanyl pills. The safe was hidden in an "ottoman" which was in indicted co-conspirator #2's bedroom. BLUE usually transported the pills in an aluminum water bottle.

26. SOI3 confirmed he/she has received several pounds of methamphetamine from indicted co-conspirator #2 and volunteered they could still purchase methamphetamine from indicted co-conspirator #2. SOI3 also claimed they could get any amount of pressed fentanyl pills from indicted co-conspirator #2. SOI3 explained how BLUE had recently been gone for a couple of weeks but was now back in town.

27. SOI3 was shown a recent image of the residence located at 100 3rd Street SW in Mandan. SOI3 readily identified it as the residence where indicted co-conspirator #2 was living, and where BLUE was using to hide contraband. SOI3 identified an image of indicted co-conspirator #2.

28. SOI3 described six vehicles that BLUE was in possession of or used: a white Ford Super Duty pickup, a tan Chevrolet Tahoe, a black Cadillac Escalade, an Audi, a two-door BMW coupe, and possibly a Cadillac sedan.

29. On September 4, 2024, SOI1 informed Detective Stein BLUE was still staying at 4302 Shoal Loop SE, Mandan, ND.

30. On September 6, 2024, a state-authorized search warrant was obtained for a hotel room in Bismarck, ND. Indicted co-conspirator #3 was believed to be selling fentanyl pills at the hotel room. The warrant was served on the same day. Indicted co-conspirator #3 and another person (hereafter SOI4), were found in the hotel room. There was a deliverable quantity of pressed fentanyl pills, several grams of methamphetamine, and US Currency in the room.

31. Three cell phones were found in the hotel room. One phone was an Apple iPhone which belonged to SOI4. The second cell phone belonged to indicted co-conspirator #3.

32. SOI4 was interviewed. SOI4 described helping to set up transactions for fentanyl pills. SOI4 described the source of the fentanyl pills as "12." SOI4 positively identified a picture of BLUE and referred to him as "12." The identifier "212" is a nickname for BLUE. SOI4's phone contained a known phone number for BLUE and evidence of selling fentanyl pills.

33. On September 6, 2024, at approximately 12:35 p.m., Deputy U.S. Marshal Boll observed one of BLUE's vehicle parked in front of the residence of indicted co-conspirator #2 at 100 3rd Street SW in Mandan. The vehicle parked outside of this residence was North Dakota license # 711EJC, a grey BMW coupe registered to BLUE.

34. On August 9, 2024, Detective Stein met with a person (hereinafter "SOI5") who had provided reliable information in the past. SOI5 described how another person's drug supplier is a person known as "212." SOI5 described "212" as a black male from Florida who supplies the other person and others with controlled substances. SOI5 identified one of the other persons supplied by "212" was indicted co-conspirator #1 who SOI5 indicated resided at the location originally identified by SOI1 above.

35. SOI5 described how he/she has taken another individual to meet with "212" but SOI5 had not purchased drugs from "212" directly. SOI5 described "212" as driving "a bigger white truck."

36. The last time SOI5 saw "212" was two or three weeks ago, but before that SOI5 was seeing "212" every day. SOI5 also provided 212's phone number to agents.

37. SOI5 was providing information for the purpose of consideration/leniency in sentencing recommendations for two recent arrests. SOI5 readily admitted SOI5's recent and habitual use of both fentanyl and methamphetamine. SOI5 had no crimes of deception in SOI5's criminal history.

38. On September 12, 2024, Special Agent Wood (North Dakota Bureau of Criminal Investigations and the Metro Area Narcotics Task Force Officer) and Detective Stein interviewed a source of information (hereinafter "SOI6"). SOI6 was a person who SOI5 described as directly getting fentanyl pills from BLUE.

39. SOI6 provided substantial information concerning BLUE and identified BLUE's image as "212." SOI6 admitted purchasing ten to eighty fentanyl pills at a time from BLUE. BLUE was charging SOI6 approximately ten dollars for each pill. SOI6 described how BLUE had multiple apartments and was very careful.

40. SOI6 described how BLUE was from Florida, and he goes to Williston, North Dakota, frequently. SOI6 claimed BLUE provided "everyone in El Rancho" [a mobile home park at 100 3rd St SW, Mandan, North Dakota] with fentanyl pills.

41. SOI6 identified three locations where SOI6 would meet BLUE. SOI6 was never able to go directly BLUE's apartment, but BLUE would meet SOI6 in a location near the apartment.

42. The first area SOI6 described meeting BLUE was near the Quality Inn in Bismarck. SOI6 described how BLUE would walk from the area of either 2406 or 2500 N 9th Street in Bismarck. SOI6 only met BLUE at this location five or six times.

43. The second meeting location SOI6 described was "by the Wash Barn" in Mandan. BLUE would direct SOI6 to meet "behind the Wash Barn" and BLUE would walk there from the south. SOI6 has never been to the apartment near the Wash Barn and BLUE would usually be at the meeting location first.

44. The third location SOI6 described was at indicted co-conspirator #1's apartment in Bismarck. SOI6 described it had been a couple months since SOI6 had met BLUE there. SOI6 didn't believe BLUE was still using that location anymore because indicted co-conspirator #1 didn't have fentanyl pills anymore.

45. SOI6 describe meeting BLUE in other random locations, including "KFC" and at some park benches on River Road in Bismarck. SOI6 believed BLUE came from apartments on Memorial Highway in Bismarck, North Dakota. SOI6 claimed BLUE wanted SOI6 to get an apartment for BLUE "to run his business" at.

46. SOI6 described how BLUE had a "big white truck" and used to have a tan SUV. When SOI6 met BLUE, BLUE would mostly arrive on foot.

47. SOI6 described how SOI6 were in debt to BLUE and had not purchased fentanyl pills from BLUE for approximately a month to a month and a half. The last time SOI6 met with BLUE was at the Wash Barn. SOI6 has continued to purchase fentanyl pills from two of BLUE's associates, including indicted co-conspirator #3. SOI6 identified four associates of BLUE who sell fentanyl pills for BLUE.

48. SOI6 described indicted co-conspirator #3 as BLUE's "sister." SOI6 explained how BLUE had indicted co-conspirator #3 staying at the Days Inn, in Bismarck, and then moved indicted co-conspirator #3 to the Quality Inn in Bismarck. SOI6 was purchasing pills from indicted co-conspirator #3 while indicted co-conspirator #3 was at those hotels.

49. SOI6 allowed law enforcement to examine SOI6's phone. The phone contained content that SOI6 was involved in purchasing and selling fentanyl pills. A chat/text conversation was located with a phone number known by law enforcement to belong to BLUE. The content of the phone conversation with BLUE was consistent with BLUE supplying SOI6 with fentanyl pills. The last confirmed contact with BLUE was on August 15, 2024.

50. SOI6 has a modest criminal history in North Dakota, but it does include one conviction for False Report to Law Enforcement Officials. Approximately one year ago SOI6 provided SOI's first and last name but not SOI's last name to a police officer. SOI6 also provided SOI6's correct birthday and claimed not to have a driver's license. SOI6 was arrested and later pled guilty to False Report to

Law Enforcement. There was an active warrant for SOI6's arrest when this incident occurred. SOI6 has no criminal record for providing false information to implicate another person in a crime.

51. SOI6 was providing information concerning BLUE and others to narcotics officers for the purpose of leniency. SOI6 was recently arrested for a felony drug paraphernalia crime and was cooperating to have the charge reduced or dismissed. By providing the information SOI6 exposed SOI6 to potential prosecution.

52. On August 13, 2024, Your Affiant and Detective Stein met with SOI6. SOI6 explained how SOI6 started purchasing fentanyl pills from "212's [BLUE] people" after SOI6 started a debt with BLUE. SOI6 claimed BLUE had the highest quality fentanyl pills.

53. SOI6 then described another location where BLUE was frequenting and selling fentanyl pills at. SOI6 said the first name of indicted co-conspirator #2 and then described indicted co-conspirator #2's residence at 100 3rd Street SW, in Mandan, North Dakota. SOI6 immediately identified an image of the residence. SOI6 described how BLUE trusts indicted co-conspirator #2. SOI6 described how indicted co-conspirator #2 "holds the most for BLUE." SOI6 explained how BLUE brought SOI6 to indicted co-conspirator #2's residence when SOI6 first started associating with BLUE.

54. SOI6 claimed BLUE "hides his shit [drugs]" in the trees behind indicted co-conspirator #2's residence. SOI6 described one transaction when SOI6 purchased fentanyl pills from BLUE at indicted co-conspirator #2's residence. SOI6 saw BLUE put on boots and then go into the drainage ditch/woods behind the residence. BLUE emerged approximately twenty minutes later with fentanyl pills to sell to SOI6. SOI6 believed BLUE was hiding fentanyl pills in the woods/ drainage ditch.

55. SOI6 readily admitted SOI6 had received "thousands" of fentanyl pills from BLUE. SOI6 described seeing the fentanyl pills when BLUE comes back. SOI6 saw the pills one time in a "water

bottle thing … like a fake can" after BLUE returned to the Bismarck/Mandan area. SOI6 was under the impression that BLUE went to Williston and BLUE would say he "went to visit his family."

56. On September 16, 2024, Detective Stein located the garage where BLUE had been parking his vehicles in at 4302 Shoal Loop in Mandan, North Dakota. The garage door was left open and BLUE's 2008 Infinity M45, North Dakota License # 431CGT, was parked inside of the garage. The garage was not numbered and was identified as the seventh garage from the east, center row, south side. TFO Stein also located BLUE's BMW 650 coupe, North Dakota license # 711EJC and Chevrolet Tahoe, North Dakota license # 712EJC, parked outside Apartment 102 at 4302 Shoal Loop.

57. There was also a brown Cadillac Seville, North Dakota License # 367DHM, parked in front of the residence on Shoal Loop. This Cadillac was registered to another person known by law enforcement to be associated with BLUE. The address for the registration was PO Box 10016 in Williston, North Dakota.

58. On September 19, 2024, SOI1 informed Detective Stein BLUE had just arrived at the Shoal Loop residence. BLUE was driving the Cadillac Seville, North Dakota License #367DHM.

59. On October 1, 2024, BLUE was arrested by the Wyoming Highway Patrol. BLUE was driving the BMW coupe, North Dakota License #711 EJC. During a traffic stop, BLUE fled from law enforcement officers following an alert by a drug detection canine, and eventually crashed his vehicle prior to being arrested. During a subsequent search of the vehicle, officers located approximately 49 grams (approximately 490 pills) of clandestinely-made, or pressed, fentanyl pills, 23 grams of fentanyl powder, one pound of marijuana, money transfer receipts, and two cellular phones.

60. On October 2, 2024, a search warrant was obtained in United States District Court for the following locations and vehicles associated with BLUE: (a) the premises located at 4302 Shoal Loop, Apartment #102, Mandan and the associated garage; (b) the premises located at 100 3rd St SW,

[redacted], in Mandan; (c) a white Chevrolet Tahoe, North Dakota License # 712EJC; (d) a silver Infinity M45, North Dakota License # 431CGT; and, (e) a brown (tinted) Cadillac Deville, North Dakota License # 367DHM. The search warrants for the locations and vehicles were executed that same day.

61. Indicted co-conspirator #4 left the Shoal Loop residence just prior to the warrants being served at the Shoal Loop residence. Indicted co-conspirator #4 was driving the white Chevrolet Tahoe, North Dakota license # 712EJC, and was stopped by a Mandan Police Department patrol officer at the direction of a task force officer. No contraband was found in the vehicle.

62. Indicted co-conspirator #4 was interviewed and admitted to living with BLUE. Indicted co-conspirator #4 denied any knowledge or involvement in drug distribution.

63. Inside the premises at 4302 Shoal Loop, Apartment #102, officers located a small plastic vial with marijuana residue, a Walmart-to-Walmart money transfer receipt, and several small and unused zip lock style baggies. The items were located in a bedroom shared by BLUE and indicted co-conspirator #4.

64. In the garage associated with the premises, officers located two vehicles: the Infinity, North Dakota license # 431CGT, and the Cadillac, North Dakota license # 367DHM.

65. Within the Infinity's trunk, officers located a duffle bag which contained approximately 6,717 grams (14.82 pounds) of methamphetamine (total, including packaging materials), in eighteen separate vacuum sealed plastic bags.

66. A small safe was found in the Infinity. The safe contained approximately 233 grams of cocaine, approximately 16 grams of M30 pressed fentanyl pills, and approximately 115 grams of methamphetamine.

67. The Infinity also contained hundreds of small and unused zip lock style plastic baggies, two digital scales with suspected methamphetamine, and documents which contained BLUE's name.

68. Within the Cadillac, officers located a metal water bottle which contained approximately 420 grams (approximately 4,200 pills) of M30 fentanyl pills. There were also documents containing BLUE's name in the Cadillac.

69. The residence identified as 100 3rd St SW, in Mandan, was also searched. Indicted co-conspirator #2 was home when officers executed the warrant. Officers located approximately 560 grams (1.23 pounds), including packaging materials, of methamphetamine. Other items found included approximately one gram of cocaine, a digital scale with suspected methamphetamine residue, paraphernalia to ingest methamphetamine and marijuana, and $2,338 in US Currency.

70. Indicted co-conspirator #2 was interviewed and admitted to selling methamphetamine he/she had obtained from BLUE. Indicted co-conspirator #2 described how he/she would return money (cash US currency) to BLUE, wire money to BLUE, or put money into bank accounts provided to him/her by BLUE. Indicted co-conspirator #2 estimated he/she had obtained approximately twenty pounds of methamphetamine from BLUE since May of 2024. Indicted co-conspirator #2 denied obtaining M30 fentanyl pills from BLUE and/or selling pressed M30 fentanyl pills at BLUE's direction.

71. Cellular phones that belonged to BLUE were recovered in Wyoming and North Dakota. Several conversations were related between BLUE and indicted co-conspirator #2 that contained content. On June 24th, 2024, indicted co-conspirator #2 sent BLUE an image of stacks of US currency. The currency was in several stacks and banded together. The total was $28,400. One of the stacks was labeled "Court" and "$6,200."

72. On November 27, 2024, the North Dakota Crime Laboratory issued an analytical report for the methamphetamine and pressed fentanyl pills found in BLINER's possession on August 7, 2024. Three plastic bags contained methamphetamine. The methamphetamine weighed 9.54 grams in total weight (3.482 grams, 2.560 grams, and 3.498 grams, respectively). One plastic bag contained 2.262

grams of pressed fentanyl pills (21 pills total). An additional plastic bag contained 0.045 grams of pressed fentanyl pills (0.5 pill).

73. On December 6, 2024, BLINER did not show for a final dispositional conference and a warrant was issued for his arrest. The conference was for the criminal charges from August 7, 2024.

74. On December 12, 2024, indicted co-conspirator #2 was arrested on a federal warrant. The warrant was for activity outlined in this document. Co-conspirator #2 was interviewed and provided substantial information concerning BLUE and BLUE's associates. Co-conspirator #2 has known BLUE since April or May of 2024. Co-conspirator #2 has received approximately twenty pounds of methamphetamine from BLUE which co-conspirator #2 was selling in ounce increments to several people. BLINER was one of these people receiving methamphetamine from co-conspirator #2. Co-conspirator #2 delivered more than 500 grams of methamphetamine to BLINER and was charging BLINER $500 per ounce.

75. Co-conspirator #2 was familiar with the image of the US currency he/she had sent to BLUE. Co-conspirator #2 described that the stack of currency labeled "Court" and "$6,200" was money he/she had received from BLINER for drug sales.

76. Co-conspirator #2 also was delivering pressed fentanyl pills to BLINER. BLUE would leave pressed fentanyl pills with co-conspirator #2 for distribution to BLINER and an unindicted co-conspirator. This would happen when BLUE was going to be out of town. The size of the pressed fentanyl pill packs depended up on how long BLUE was going to be out of town. Co-conspirator #2 would distribute "maybe fifty at a time" to BLINER.

77. On January 2, 2025, BLINER was arrested in Bismarck for the outstanding warrant and Preventing Arrest. He was present at a residence where a drug overdose occurred. BLINER refused to identify himself and fought with law enforcement.

78. Methamphetamine is a synthetic drug classified as a central nervous system stimulant. The drug is primarily manufactured in Mexico in clandestine laboratories by large drug trafficking organizations, known as "Cartels." After the manufacturing process is completed, the methamphetamine is then smuggled into the United States for distribution. A common weight at the distribution point is one pound, or approximately 453 grams. Methamphetamine can be purchased in the border states, such as California, Arizona, and Texas for approximately $400 to $700 a pound. Methamphetamine can be sold in in North Dakota for approximately $8,000 to $11,000 a pound.

79. Cocaine comes from a natural source and is also a central nervous system stimulant. Cocaine is isolated as an extract from the leaves of Coca in the Andes Mountains. Cocaine is then smuggled into the United States through a variety of methods. In North Dakota the price for cocaine is approximately $150 to $200 a gram, or $68,000 to $90,000 for a single pound when sold in gram increments.

80. A pressed fentanyl pill, commonly known as a "blue", "bean", or "berry", is designed to mimic a pharmaceutical 30 mg oxycodone hydrochloride. The pills are usually blue in color. Historically, a 30 mg oxycodone hydrochloride was a preferred opiate pill used by narcotic analgesic addicts. Over the past several years the pharmaceutical pills have been almost completely replaced by the clandestinely produced pressed fentanyl pills. The pressed fentanyl pills are clandestinely made, usually in Mexico, for a very low cost before being smuggled into the United States.

81. A pressed fentanyl pill weighs approximately 0.10 per gram, or 280 pills in a single ounce. The value of a pressed fentanyl pill is highly dependent on the location and quantity purchased. The average price in Bismarck/Mandan for a person purchasing a single pill is approximately $20 to $40. When someone purchased in bulk, pills can cost approximately $10 to $15 each. Individual pills can be sold on Mandan-Hidatsa-Arikara (MHA) lands for $70-$80 each. Pressed fentanyl pills can typically be purchase in California and Arizona less than a $1 a pill.

82.     Based upon the foregoing, Your Affiant believes probable cause exists to support a finding that BLINER has conspired with BLUE and others, indicted and unindicted, to distribute and possess with intent to distribute controlled substances, and was in possession with intent to distribute controlled substances.

Thus, Task Force Officer David Stewart respectfully requests Your Honor and the Court to issue an arrest warrant for Courtney Leo BLINER.

_____
DAVID STEWART, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before me via telephone pursuant to Rule 4.1, F.R.Crim.P., this ___6___ day of January, 2025.

_____
CLARE R. HOCHHALTER
UNITED STATES MAGISTRATE JUDGE